JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HENRY COMPANY LLC, HENRY COMPANY CANADA, INC.<br><br>Plaintiff,<br><br>v.<br><br>SASOL WAX NORTH AMERICA CORP., SASOL WAX GMBH<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV11-06444 JFW(CWx)<br><br>The Hon. John F. Walter<br><br>**[ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)** |

*1*  The Court, having considered the parties' stipulation of dismissal
*2*  pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and for good cause
*3*  shown,
*4*  IT IS HEREBY ORDERED that this action be dismissed with prejudice,
*5*  each party shall bear its own costs, expenses, and attorneys' fees.

*7*  **IT IS SO ORDERED.**

*10* Dated: July 20, 2012

Honorable John F. Walter

*12* 13609307

-1-